**Order entered September 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00460-CR

### MARIO VASQUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-56819-I**

## ORDER

Before the Court is appellant's September 18, 2017 first motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due thirty days from the date of this order.

/s/    LANA MYERS
       JUSTICE